**Opinion issued March 26, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00534-CV

————————————

**URELIFT GULF COAST, L.P., Appellant**

**V.**

**TRAVIS  BENNETT, Appellee**

**On Appeal from the 295th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-01204**

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss this appeal.  *See* TEX. R.

APP. P. 10.3(a)(2), 42.1(a).  No opinion has issued.  *See* TEX. R. APP. P. 42.1(c).

We grant the motion and dismiss this appeal.  *See* TEX. R. APP. P. 42.1(a).  All

pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Keyes, Higley, and Brown.